

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    ) 1:08-MJ-00173 SMS
10                              )
           Plaintiff,           ) ORDER STAYING MAGISTRATE'S ORDER
11                              ) RELEASING DEFENDANT ON O/R
        v.                      ) CONDITIONS
12                              )
   ROBIN BLAKE,                 )    1:08 CR  0 0 2 8 1 AWI
13                              )
                                )
14         Defendant.           )
                                )
15
        Upon application of the United States Government for stay of
16
   the order of the Magistrate Judge setting conditions of release
17
   for the above-named defendant, and good cause appearing,
18
        IT IS HEREBY ORDERED THAT the Magistrate Judge's order
19
   setting conditions for release of the above-named defendant, be
20
   stayed pending the disposition of the government's motion to
21
   revoke such order.
22
        IT IS FURTHER ORDERED that the hearing on said motion be set
23
   as soon as practicable.
24
   Dated: August 29, 2008    _____
25
                                    U.S. District Judge
26

27

28

                                   1