Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone : (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, ROBIN BLAKE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR-00284 OWW |
| Plaintiff, | ) | |
| | ) | MOTION TO SUPPRESS |
| vs. | ) | |
| ROBIN BLAKE | ) | |
| Defendants. | ) | DATE: November 9, 2009 |
| | ) | TIME: 9:00 a.m. |
| _____ | ) | Honorable Oliver W. Wanger |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto that the Motion to Suppress hearing in the above entitled matter now set for November 9, 2009, may be continued to November 30, 2009 at 9:00 a.m. with the Defendant to file a reply brief on or before November 13, 2009.

Good cause exists for the continuance because the defense computer forensic expert completed his inspection of the computer last week and his report which is expected to be provided to the defense this week, will need to be reviewed before the Defendant's Reply brief is drafted. In addition, defense counsel is presently

1  in trial in Kern County for the week of November 2-5, 2009.
2      The parties agree that time shall be excluded pursuant to 18
3  U.S.C. §§ 3161(h)(1)(D) and (7)(A) in that the ends of justice
4  served by the continuance outweigh the best interest of the public
5  and the defendant in a speed trial, since the failure to grant
6  such a continuance would deny counsel for the defendant the
7  reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.

DATED: November 3, 2009         FLETCHER & FOGDERUDE, Inc.

                                /s/ Eric K. Fogderude
                                ERIC K. FOGDERUDE
                                Attorney for Defendant,
                                ROBIN BLAKE


Dated: November 3, 2009         United States Attorney

                                /s/ David Gappa

                                DAVID GAPPA
                                Assistant US Attorney


**ORDER**

    IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C.
§§ 3161(h)(1)(D) and (7)(A).  For the above stated reasons, the
court finds that the ends of justice served by the dely outweigh
the best interest of the public and the defendants in a speedy
trial. Therefore, the court grants the stipulation that the
Motion To Suppress Hearing be continued to November 30, 2009 at
9:00 a.m.

DATED: November 3, 2009           __/s/ OLIVER W. WANGER____
                                  OLIVER W. WANGER, Judge
                                  United States District Court
                                  Eastern District of California